IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED COMMUNITY BANK, as successor by merger to FIRST MADISON BANK & TRUST, | : : : : | Civil Action File No. 3:22-cv-00091-CAR |
| Plaintiff, | : : | |
| v. | : : | |
| WRM HOLDINGS LLC, WORDE ANDERSON McCLUNG, RALPH A. McCLUNG, AND MITCHELL A. NEASE a/k/a ALLEN NEASE, | : : : : : : | |
| Defendant. | : : | |

## FINAL CONSENT JUDGMENT AGAINST
## MITCHELL A. NEASE a/k/a ALLEN NEASE

Defendant Mitchell A. Nease a/k/a Allen Nease ("Nease") having consented and stipulated to the entry of a Final Judgment in this matter, the undersigned parties consenting thereto, **IT IS HEREBY ORDERED AND ADJUDGED** that final judgment is entered in favor of Plaintiff United Community Bank and against Nease, as follows:

a) on the WRM Loan Documents for the principal balance in the amount of $419,713.35, non-default interest in the amount of $102,673.25 as of January 12, 2023, per diem non-default interest after January 12, 2023, and through judgment in the amount of $61.21, late fees in the amount of $1,000.00, appraisal fees in the amount of $920.00, and O.C.G.A. § 13-1-11 fees in the amount of $78,357.99, with such fees continuing to accrue along with the per diem interest after January 12, 2023, and through judgment in the amount of $9.18 per day;

b) on the Nease Renewal Note for the principal balance in the amount of $454,082.86, non-default interest in the amount of $128,597.27 through January 12, 2023, per diem non-default

interest after January 12, 2023, and through judgment in the amount of $66.22, late fees in the amount of $1,200.00, appraisal fees in the amount of $3,500.00, real estate taxes in the amount of $14,372.97, and O.C.G.A. § 13-1-11 fees in the amount of $87,402.02, with such fees continuing to accrue along with the per diem interest after January 12, 2023, and through judgment in the amount of $9.93 per day; and

c) Post-judgment interest shall accrue at the Default Rate as provided for in the Loan Documents.

The Court further **ORDERS that Nease's Counterclaim is dismissed with prejudice.**

The Court further finds that although this Final Consent Judgment adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties, there is no just reason for delay and **DIRECTS** entry of a final judgment as to UCB and Nease, pursuant to Fed. R. Civ. P. 54(b). The Court further **ORDERS** that execution on the judgment and proceedings to enforce it are not stayed, pursuant to Fed. R. Civ. P. 62(a).

**SO ORDERED**, this 24th day of January, 2023.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

**CONSENTED AND AGREED TO BY:**

**BURR & FORMAN LLP**

*/s/ Paul G. Durdaller*

Paul G. Durdaller
Georgia Bar. No. 234890
pdurdaller@burr.com
Brian J. Levy
Georgia Bar No. 302518
blevy@burr.com
171 17th Street NW
Suite 1100
Atlanta, Georgia 30363
Telephone:  (404) 815-3000
Facsimile:  (404) 817-3244

COUNSEL FOR PLAINTIFF
UNITED COMMUNITY BANK

**DUBOSE LAW GROUP LLC**

*/s/ C. Wilson DuBose*

C. Wilson DuBose
Georgia Bar No. 231450
1511 Eatonton Road
Suite 200
Madison, Georgia 30650
Telephone:  (706) 342-7900
Facsimile:  (706) 342-0011
WDubose@duboselawgroup.net

COUNSEL FOR DEFENDANT MITCHELL
A. NEASE a/k/a ALLEN NEASE

[SIGNATURES CONTINUE ON THE FOLLOWING PAGE.]

|  |  |
|---|---|
| _____<br>Witness | **MITCHELL A. NEASE a/k/a ALLEN NEASE**<br><br>_____(SEAL)<br>Mitchell A. Nease a/k/a Allen Nease, individually |

Sworn to and subscribed before me this
13 day of Jan, 2023.

_____
Notary Public
My commission expires:
1/27/23

[NOTARIAL SEAL]

*[Notary seal: KRISTIN LEA PRANDINI, NOTARY PUBLIC, TOOMBS COUNTY, GA, Comm. Exp. 01/27/23]*

4